

NUMBER 13-11-00588-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARIA DE LA LUZ CARRILLO,                                              Appellant,

v.

ELEAZAR CARRILLO,                                                        Appellee.

### On Appeal from the 370th District Court
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Justices Benavides, Vela, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Maria De La Luz Carrillo, appealed a judgment rendered in the 370th District Court of Hidalgo County, Texas in cause number F-3223-07-G. Appellant has now filed a motion to withdraw her notice of appeal in which she asserts that she no longer desires to pursue the appeal.

The Court, having considered the documents on file and appellant's motion to withdraw her notice of appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion is granted and the appeal is hereby DISMISSED.   Costs will be taxed against appellant.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
3rd day of May, 2012.